Case 11-20173    Filed 01/03/11    Doc 3

2011-20173
FILED
January 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003182660

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re
Brian Heath Gregory
Wendy Lee Gregory

Case No.

Debtor(s).

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

### OR

[ ]   typed in scannable format on paper, consisting of ____ pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions **not** prepared by an attorney or bankruptcy petition preparer]*

### OR

[ X ]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __19__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:  December 30, 2010          /s/ Brian Heath Gregory
                                    Debtor's Signature

DATED:  December 30, 2010          /s/ Wendy Lee Gregory
                                    Joint Debtor's (if any) Signature

EDC 2-100   (Rev. 10/2007)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                Best Case Bankruptcy

Brian Heath Gregory and Wendy Lee Gregory

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

American Bureau Cred (Original Cred
446 No Delsol Lane
Diamond Bar, CA 91765

Amex
P.O. Box 981537
El Paso, TX 79998

Barton Memorial Hospital
PO Box 9578
South Lake Tahoe, CA 96158

CA Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-8011

Cap One
Po Box 85520
Richmond, VA 23285

Dell Preferred Account
PO Box 6403
Carol Stream, IL 60197-6403

GUILD MORTGAGE COMPANY
9160 GRAMERCY DR
San Diego, CA 92123

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Internal Revenue Service
PO Box 105416
Atlanta, GA 30348-5416

Joan Gregory
2157 E. Meadow Drive
Springfield, MO 65804

Lockheed Fed. Credit Union
PO Box 6759
Burbank, CA 91510

Ron and Nancy Rymer
PO Box 13184
South Lake Tahoe, CA 96150

```
Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117

Sierra NV Medical Imaging
1111 Emrald Bay Rd.
South Lake Tahoe, CA 96150

Tahoe Carson Valley Medical Group
1111 Emerald Bay Rd.
South Lake Tahoe, CA 96150

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Us Bk Rms Cc
205 W 4th St
Cincinnati, OH 45202

Wells Fargo Bank Nv Na
Po Box 94435
Albuquerque, NM 87199
```